**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>               Plaintiff,<br><br>      v.<br><br>Michael Ackerman, Q3 Holdings, LLC, and Q3 I, LP,<br><br>               Defendants. | ECF Case No.: 1:20-cv-01183(NRB)<br><br>**MOTION FOR ADMISSION**<br>**PRO HAC VICE** |

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, attorney applicant Luke B. Marsh hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff COMMODITY FUTURES TRADING COMMISSION in the above-captioned action.

      I am in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: February 13, 2020        Respectfully Submitted,

                                      **COMMODITY FUTURES**
                                      **TRADING COMMISSION**

                                      *s/Luke B. Marsh*
                                      Luke B. Marsh (*pro hac vice* applicant)
                                      Chief Trial Attorney
                                      COMMODITY FUTURES
                                      TRADING COMMISSION
                                      1155 21st Street, N.W., Washington, DC 20581
                                      Telephone:  (202) 418-5000
                                      Facsimile:  (202) 818-3179
                                      lmarsh@cftc.gov