UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COMMODITY FUTURES TRADING
COMMISSION,

           Plaintiff,

      v.

Michael Ackerman, Q3 Holdings, LLC,
and Q3 I, LP,

           Defendants.

ECF Case No.: 1:20-cv-01183(NRB)

**AFFIDAVIT IN SUPORT OF
MOTION FOR ADMISSION
PRO HAC VICE**

---

I, Luke B. Marsh, declare and aver as follows:

I am in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.

I have never been convicted of a felony.

I have never been censured, suspended, disbarred or denied admission or readmission by any court.

Attached hereto is a true and correct copy of a Certificate of Good Standing issued by Bar of the District of Columbia within the last year.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/13/2020

                                              Luke B. Marsh (*pro hac vice* applicant)



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Luke B Marsh*

was duly qualified and admitted on January 11, 2002 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 23, 2019.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.