**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>                Plaintiff,<br><br>                -against-<br><br>MICHAEL ACKERMAN, Q3 HOLDINGS, LLC, and Q3 I, LP,<br><br>                Defendants. | ECF Case No.: 1:20-cv-01183-NRB<br><br>**MOTION FOR ADMISSION**<br>**PRO HAC VICE** |

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, attorney applicant Jason Gizzarelli hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff COMMODITY FUTURES TRADING COMMISSION in the above-captioned action.

      I am in good standing of the bar of Virginia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: February 18, 2020                            Respectfully Submitted,

                                              **COMMODITY FUTURES**
                                              **TRADING COMMISSION**

                                              *s/Jason Gizzarelli*
                                              Jason Gizzarelli (*pro hac vice* applicant)
                                              Senior Trial Attorney
                                              COMMODITY FUTURES
                                              TRADING COMMISSION
                                              1155 21st Street, N.W., Washington, DC 20581
                                              Telephone: (202) 418-5000
                                              Facsimile: (202) 818-3179
                                              jgizzarelli@cftc.gov