UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

-against-

MICHAEL ACKERMAN, Q3 HOLDINGS, LLC, and Q3 I, LP,

    Defendants.

ECF Case No.: 1:20-cv-01183-NRB

AFFIDAVIT IN SUPORT OF MOTION FOR ADMISSION PRO HAC VICE

---

I, Jason Gizzarelli, declare and aver as follows:

I am in good standing of the bar of Virginia and there are no pending disciplinary proceedings against me in any state or federal court.

I have never been convicted of a felony.

I have never been censured, suspended, disbarred or denied admission or readmission by any court.

Attached hereto is a true and correct copy of a Certificate of Good Standing issued by the Supreme Court of Virginia within the last year.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2/18/20

_____
Jason Gizzarelli (*pro hac vice* applicant)

# Supreme Court of Virginia

## AT RICHMOND

# Certificate

I, Douglas B. Robelen, Clerk of the Supreme Court of Virginia, do hereby certify that

JASON JOEL GIZZARELLI

was admitted to practice as an attorney and counsellor at the bar of this Court on November 2, 1998.

I further certify that so far as the records of this office are concerned, JASON JOEL GIZZARELLI is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 7th day of February
A.D. 2020

By: _____
Deputy Clerk