**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

COMMODITY FUTURES TRADING COMMISSION,

            Plaintiff,

      -against-

MICHAEL ACKERMAN, Q3 HOLDINGS, LLC, and Q3 I, LP,

            Defendants.

ECF Case No.: 1:20-cv-01183-NRB

(proposed)
**ORDER FOR ADMISSION PRO HAC VICE**

      The Motion of attorney applicant Jason Gizzarelli, for admission to practice Pro Hac Vice in the above captioned action is granted.  Applicant has declared that he is a member in good standing of the bar of Virginia; and that his contact information is as follows:

> Jason Gizzarelli
> Senior Trial Attorney
> COMMODITY FUTURES TRADING COMMISSION
> 1155 21st Street, N.W.,
> Washington, DC 20581
> Telephone:  (202) 418-5000
> Facsimile: (202) 818-3179
> jgizzarelli@cftc.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff COMMODITY FUTURES TRADING COMMISSION in the above entitled action;

      **IT IS HEREBY ORDERED** that Applicant is admitted Pro Hac Vice in the above captioned case in the United States District Court for Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____     _____
                                           United States District/Magistrate Judge