## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Commodity Futures Trading Commission

**Plaintiff**

vs.   Case No.: 1:20-cv-01183

Michael Ackerman, et al.

**Defendant(s)**

### AFFIDAVIT OF SERVICE

I, Ben Purser, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint for Injunctive and Other Equitable Relief and for Civil Monetary Penalties Under the Commodity Exchange Act and Commission Regulations in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That on 02/25/2020 at 5:45 PM, I served Michael Ackerman at University Hospital, 11100 Euclid Avenue, Cleveland, Ohio 44106 with the Summons and Complaint for Injunctive and Other Equitable Relief and for Civil Monetary Penalties Under the Commodity Exchange Act and Commission Regulations by serving Michael Ackerman, personally.

Michael Ackerman is described herein as:

Gender: Male   Race/Skin: White   Age: 60   Weight: 180   Height: 6'1"   Hair: Gray/Balding   Glasses: No

I declare under penalty of perjury that this information is true and correct.

Executed On   02/27/2020

Benjamin Purser

Client Ref Number: N/A
Job #: 1575006

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050