## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Commodity Futures Trading Commission**

**Plaintiff**

vs.     **Case No.: 1:20-cv-01183**

**Michael Ackerman, et al.**

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Ouida Carpenter, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint for Injunctive and Other Equitable Relief and for Civil Monetary Penalties Under the Commodity Exchange Act and Commission Regulations in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 02/28/2020 at 11:06 AM, I served Q3 I, LP c/o Harvard Business Services, Inc., Registered Agent at 16192 Coastal Highway, Lewes, Delaware 19958 with the Summons and Complaint for Injunctive and Other Equitable Relief and for Civil Monetary Penalties Under the Commodity Exchange Act and Commission Regulations by serving Allison Rathmanner, Mail Room Clerk, authorized to accept service.

Allison Rathmanner is described herein as:

Gender: Female   Race/Skin: White   Age: 32   Weight: 130   Height: 5'7"   Hair: Brown   Glasses: No

I declare under penalty of perjury that this information is true and correct.

3-5-2020
Executed On

Ouida Carpenter

Client Ref Number: N/A
Job #: 1575459

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050