UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>     Plaintiff,<br><br>   -against-<br><br>MICHAEL ACKERMAN, Q3 HOLDINGS, LLC, and Q3 I, LP,<br><br>     Defendants. | ECF Case No.: 1:20-cv-01183-NRB<br><br>**PLAINTIFF'S REQUEST FOR A CLERK'S CERITIFCATE OF DEFAULT AGAINST DEFENDANT Q3 HOLDINGS, LLC** |

  Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Rule 55.1, Plaintiff Commodity Futures Trading Commission respectfully requests a Clerk's certificate of entry of default against Defendant Q3 Holdings, LLC ("Q3 Holdings"). Within the accompanying affidavit, I affirm that Q3 Holdings, the party against whom the judgment is sought:

1. is not an infant or incompetent person;

2. is not in the military service;

3. was properly served under Fed. R. C. P. 4 and proof of service having been filed with the court (ECF No. 22);

4. has defaulted in appearance in the above captioned action.

Dated:  June 9, 2020       Respectfully submitted,

                COMMODITY FUTURES TRADING
                COMMISSION

                  /s/ Jason Gizzarelli
                Jason Gizzarelli (*pro hac vice*)
                1155 21st Street, N.W.,
                Washington, DC 20581

Telephone:  (202) 418-5000
Facsimile:  (202) 818-3179
jgizzarelli@cftc.gov

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the within and foregoing **Plaintiff's Request for a Clerk's Certificate of Default Against Q3 Holdings, LLC** and attachments with the Clerk of Court using the CM/ECF system and that I have served the following non-CM/ECF participants by mail at the following addresses:

Michael Ackerman
3875 East Lake Road
Sheffield Lake, OH 44054

Q3 Holdings, LLC
Harvard Business Services, Inc.,
Registered Agent
16192 Coastal Hwy
Lewes, DE 19958

Q3 I, LP
Harvard Business Services, Inc.,
Registered Agent
16192 Coastal Hwy
Lewes, DE 19958


Dated:  June 9, 2020

                                                         /s/ Jason Gizzarelli
                                                         Jason Gizzarelli
                                                         *Attorney for Plaintiff*
                                                         Commodity Futures Trading Commission