**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>MICHAEL ACKERMAN, Q3 HOLDINGS, LLC, and Q3 I, LP,<br><br>　　　　　　　Defendants. | ECF Case No.: 1:20-cv-01183-NRB<br><br>**CLERK'S CERTIFICATE OF DEFAULT AGAINST DEFENDANT Q3 I, LP(Proposed)** |

　　　I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on February 11, 2020 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant Q3 I, LP on February 28, 2020 by personally serving, and proof of service was therefore filed on March 6, 2020, (ECF No. 23). I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: _____
New York, New York

　　　　　　　　　　　　　　　　　　　　　　　RUBY J. KRAJICK
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　　　　　　　　BY:_____

　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk