UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>MICHAEL ACKERMAN, Q3 HOLDINGS, LLC, and Q3 I, LP,<br><br>　　　　　　　Defendants. | ECF Case No.: 1:20-cv-01183-NRB<br><br>**Certificate of Service** |

　　　This is to certify that I have on this day electronically filed a **Proposed Clerk's Certificate of Default** and an affidavit in support of this request against each of the Defendants in this matter with the Clerk of Court using the CM/ECF system and that I have served the following non-CM/ECF participants by mail at the following addresses:

Michael Ackerman
3875 East Lake Road
Sheffield Lake, OH 44054

Q3 Holdings, LLC
Harvard Business Services, Inc.,
Registered Agent
16192 Coastal Hwy
Lewes, DE 19958

Q3 I, LP
Harvard Business Services, Inc.,
Registered Agent
16192 Coastal Hwy
Lewes, DE 19958

Dated: July 22, 2020　　　　　　　　　　COMMODITY FUTURES TRADING
　　　　　　　　　　　　　　　　　　　　COMMISSION

　　　　　　　　　　　　　　　　　　　　　　　/s/ Jason Gizzarelli

Jason Gizzarelli (*pro hac vice*)
1155 21st Street, N.W., Washington, DC 20581
Telephone:  (202) 418-5000
Facsimile:  (202) 818-3179
jgizzarelli@cftc.gov