**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

COMMODITY FUTURES TRADING
COMMISSION,

                  Plaintiff,

       -against-

MICHAEL ACKERMAN, Q3 HOLDINGS,
LLC, and Q3 I, LP,

              Defendants.

ECF Case No.: 1:20-cv-01183-NRB

**Certificate of Service**

        This is to certify that on July 22, 2020, I electronically filed a **Proposed Clerk's Certificate of Default** against Q3 Holdings, LLC and Q3 I, LP in this matter with the Clerk of Court using the CM/ECF system.  Also on July 22, 2020, the Clerk of Court issued a Certificate of Default against each party in this matter.  I have served these documents on the listed non-CM/ECF participants by mail at the following addresses:

Michael Ackerman
3875 East Lake Road
Sheffield Lake, OH 44054

Q3 Holdings, LLC
Harvard Business Services, Inc.,
Registered Agent
16192 Coastal Hwy
Lewes, DE 19958

Q3 I, LP
Harvard Business Services, Inc.,
Registered Agent
16192 Coastal Hwy
Lewes, DE 19958

Dated: July 23, 2020                    COMMODITY FUTURES TRADING
                                        COMMISSION

                            /s/ Jason Gizzarelli
                        _____
                        Jason Gizzarelli (*pro hac vice*)
                        1155 21st Street, N.W., Washington, DC 20581
                        Telephone:  (202) 418-5000
                        Facsimile:  (202) 818-3179
                        jgizzarelli@cftc.gov