**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>                Plaintiff,<br><br>      -against-<br><br>MICHAEL ACKERMAN, Q3 HOLDINGS, LLC, and Q3 I, LP,<br><br>                Defendants. | ECF Case No.: 1:20-cv-01183-NRB<br><br>**Certificate of Service** |

      This is to certify that I have on this day electronically filed the following documents using the CM/ECF system:

1. ***Notice of Motion For Entry of Final Judgment By Default, Permanent Injunction, Civil Monetary Penalty, and Other Statutory and Equitable Relief Against Defendants Michael Ackerman, Q3 Holdings, LLC and Q3I, LP***

2. ***Plaintiff's Memorandum of Law In Support of Its Motion For Entry of Final Judgment By Default, Permanent Injunction, Civil Monetary Penalty, and Other Statutory and Equitable Relief Against Defendants Michael Ackerman, Q3 Holdings, LLC and Q3I, LP***

3. **[Proposed]** ***Final Judgement By Default, Permanent Injunction, Civil Monetary Penalty, and Other Statutory and Equitable Relief Against Defendants Michael Ackerman, Q3 Holdings, LLC and Q3I, LP***

4. Letter to Judge Buchwald, submitted pursuant to Section 2(E)(1) of the Judge's individual practices, outlining the substantive arguments advanced in Plaintiff's motion

5. Declaration of Jason Gizzarelli Pursuant to 28 U.S.C. § 1746

6. Declaration of Dmitriy Vilenskiy Pursuant to 28 U.S.C. § 1746

and that I have served the following non-CM/ECF participants by mail at the following

addresses:

Michael Ackerman
3875 East Lake Road
Sheffield Lake, OH 44054

Q3 Holdings, LLC
Harvard Business Services, Inc.,
Registered Agent
16192 Coastal Hwy
Lewes, DE 19958

Q3 I, LP
Harvard Business Services, Inc.,
Registered Agent
16192 Coastal Hwy
Lewes, DE 19958

|  |  |
|---|---|
| Dated: January 7, 2021 | COMMODITY FUTURES TRADING COMMISSION |
|  | /s/ Jason Gizzarelli |
|  | Jason Gizzarelli (*pro hac vice*)<br>1155 21st Street, N.W., Washington, DC 20581<br>Telephone:  (202) 418-5000<br>Facsimile:  (202) 818-3179<br>jgizzarelli@cftc.gov |