```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
COMMODITY FUTURES TRADING COMMISSION,

                Plaintiff,
                                           20 Civ. 1183 (NRB)
        - against -
                                                 ORDER
MICHAEL ACKERMAN, Q3 HOLDINGS, LLC,
and Q3 I, LP,

                Defendants.
----------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS, on January 7, 2021, plaintiff filed a motion for default judgment against defendants seeking injunctive relief, restitution, and civil monetary penalties (ECF No. 42); and

WHEREAS defendant Ackerman is currently facing criminal charges for related conduct in United States v. Ackerman, No. 20 Cr. 93 (LTS) (S.D.N.Y.); and

WHEREAS the resolution of defendant Ackerman's criminal case will inform the Court's consideration of the appropriate relief in this action; and

WHEREAS plaintiff has informed the Court that it has no objection to resolving its motion for default judgment until defendant Ackerman's criminal case has been resolved; it is hereby

**ORDERED** that plaintiff's motion for default judgment is denied without prejudice; and it is further

**ORDERED** that plaintiff is granted leave to file a renewed motion for default judgment following the resolution of defendant Ackerman's criminal case.

The Clerk of Court is respectfully directed to terminate the motion pending at ECF No. 42.

Dated:   New York, New York
         August 3, 2021

                                                _____
                                                NAOMI REICE BUCHWALD
                                                UNITED STATES DISTRICT JUDGE