UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>      Plaintiff,<br><br>    v.<br><br>MICHAEL ACKERMAN, Q3 HOLDINGS, LLC, and Q3 I, LP,<br><br>      Defendants. | Case No.: 1:20-cv-01183-NRB |

NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT Q3 I, LP

  PLEASE TAKE NOTICE THAT pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Commodity Futures Trading Commission hereby voluntarily dismisses Defendant Q3 I, LP, from the above-captioned action *without prejudice.*

Dated: April 8, 2022    Respectfully submitted,

           By:    s/Jason Gizzarelli
             Jason Gizzarelli (admitted *pro hac vice*)
             Jonah E. McCarthy (S.D.N.Y. Bar No. JM1977)
             Luke B. Marsh (admitted *pro hac vice*)
             Paul G. Hayeck
             COMMODITY FUTURES TRADING COMMISSION
             Division of Enforcement
             1155 21st Street, NW
             Washington, DC 20581
             Telephone: (202) 262-6965 (Gizzarelli direct)
             jmccarthy@cftc.gov
             lmarsh@cftc.gov
             phayeck@cftc.gov

             *Attorneys for Plaintiff*