UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>      Plaintiff,<br><br>    v.<br><br>MICHAEL ACKERMAN, Q3 HOLDINGS, LLC, and Q3 I, LP,<br><br>      Defendants. | Case No.: 1:20-cv-01183-NRB<br><br>**Certificate of Service** |

  This is to certify that I have on this day electronically filed the following document using the CM/ECF system:

*Notice of Voluntary Dismissal of Defendant Q3I, LP*

and that I have served the following non-CM/ECF participants by mail at the following addresses:

Michael Ackerman
3875 East Lake Road
Sheffield Lake, OH 44054

Q3 Holdings, LLC
Harvard Business Services, Inc.,
Registered Agent
16192 Coastal Hwy
Lewes, DE 19958

Q3 I, LP
Harvard Business Services, Inc.,
Registered Agent
16192 Coastal Hwy
Lewes, DE 19958

| | |
|---|---|
| Dated: April 8, 2022 | COMMODITY FUTURES TRADING COMMISSION<br><br>           /s/ Jason Gizzarelli<br>Jason Gizzarelli (admitted *pro hac vice*)<br>Jonah E. McCarthy (S.D.N.Y. Bar No. JM1977)<br>Luke B. Marsh (admitted *pro hac vice*)<br>Paul G. Hayeck<br>COMMODITY FUTURES TRADING COMMISSION<br>Division of Enforcement<br>1155 21st Street, NW<br>Washington, DC 20581<br>Telephone: (202) 262-6965 (Gizzarelli direct)<br>jmccarthy@cftc.gov<br>lmarsh@cftc.gov<br>phayeck@cftc.gov<br><br>*Attorneys for Plaintiff* |