UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>*Plaintiff,*<br><br>v.<br><br>MICHAEL ACKERMAN and Q3 HOLDINGS, LLC,<br><br>*Defendants.* | Case No. 1:20-cv-01183-NRB |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Megan M. Reilly, a member in good standing of the Bar of this Court and an associate of the law firm of Glenn Agre Bergman & Fuentes LLP, hereby appears as counsel for Defendant Q3 Holdings, LLC in the above-captioned action, and further requests that all documents be served upon her at the address indicated below.

Dated:   New York, New York
         December 5, 2022                By: /s/ Megan M. Reilly
                                              Megan M. Reilly

                                          GLENN AGRE BERGMAN
                                          & FUENTES LLP
                                          1185 Avenue of the Americas
                                          22nd Floor
                                          New York, New York 10036
                                          T: 212-970-1600
                                          mreilly@glennagre.com

                                          *Counsel for Defendant Q3 Holdings, LLC*

2

To: All counsel of record (via ECF)