UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>*Plaintiff,*<br><br>v.<br><br>MICHAEL ACKERMAN and Q3 HOLDINGS, LLC,<br><br>*Defendants.* | Case No. 1:20-cv-01183-NRB |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Lindsey ("Reid") R. Skibell, a member in good standing of the Bar of this Court and a member of the law firm of Glenn Agre Bergman & Fuentes LLP, hereby appears as counsel for Defendant Q3 Holdings, LLC in the above-captioned action, and further requests that all documents be served upon him at the address indicated below.

Dated:  New York, New York
          December 6, 2022

By: */s/ Lindsey R. Skibell*
      Lindsey R. Skibell

GLENN AGRE BERGMAN
& FUENTES LLP
1185 Avenue of the Americas
22nd Floor
New York, New York 10036
T: 212-970-1600
rskibell@glennagre.com

*Counsel for Defendant Q3 Holdings, LLC*

2

To: All counsel of record (via ECF)