

Reid Skibell
rskibell@glennagre.com
1185 Avenue of the Americas, 22nd Floor
New York, NY 10036
212.970.1600

December 23, 2022

**VIA ECF**
Hon. Naomi Reice Buchwald, U.S.D.J.
U.S. District Court,
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Commodity Futures Trading Commission v. Ackerman et al*
       No. 1:20-cv-01183-NRB

Dear Judge Buchwald:

We write, on behalf of Q3 Holdings, LLC ("Q3H"), to respectfully request a 21-day extension of time, from January 4 until January 25, 2023, for Q3H to respond to Plaintiff Commodity Futures Trading Commission's (the "CFTC") pending Motion for Default Judgment (the "Motion"). *See* Dkt. No. 53. This is Q3H's second request for such an extension, the first of which was granted. Counsel for the CFTC consents to this request.

The parties are currently engaged in ongoing discussions to resolve this matter without Court intervention and are hopeful that an agreement will be reached in the coming weeks.

Accordingly, Q3H, through undersigned counsel, respectfully requests an additional 21 days to respond to the Motion, until January 25, 2023. We thank Your Honor for your consideration of this matter.

Respectfully submitted,

Reid Skibell

cc:   All counsel of record (via ECF)

Application granted.
**SO ORDERED.**

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         December 27, 2022

Glenn Agre Bergman &
Fuentes LLP
New York
San Francisco