

Reid Skibell
rskibell@glennagre.com
1185 Avenue of the Americas, 22nd Floor
New York, NY 10036
212.970.1600

February 14, 2023

**VIA ECF**
Hon. Naomi Reice Buchwald, U.S.D.J.
U.S. District Court,
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Commodity Futures Trading Commission v. Ackerman et al*
      No. 1:20-cv-01183-NRB

Dear Judge Buchwald:

We write, on behalf of Q3 Holdings, LLC ("Q3H"), to respectfully request a seven-day extension of time, from February 15 until February 22, 2023, for Q3H to respond to Plaintiff Commodity Futures Trading Commission's (the "CFTC") pending Motion for Default Judgment (the "Motion"). *See* Dkt. No. 53. This is Q3H's fourth request for such an extension, the first three of which were granted. Counsel for the CFTC consents to this request.

Despite ongoing discussions to resolve this matter without Court intervention, the parties have been unable to reach an agreement. Q3 is accordingly preparing an opposition to the Motion, and respectfully requests additional time to do so.

Accordingly, Q3H, through undersigned counsel, respectfully requests an additional seven days to respond to the Motion, until February 22, 2023. We thank Your Honor for your consideration of this matter.

Respectfully submitted,

Reid Skibell

cc:   All counsel of record (via ECF)

**Glenn Agre Bergman &
Fuentes LLP**
New York
San Francisco