# EXHIBIT 5

## AFFIDAVIT OF QUAN DINH TRAN

STATE OF FLORIDA

COUNTY OF  PINELLAS

BEFORE ME, the undersigned authority, duly authorized to take acknowledgements and administer oaths, personally appeared QUAN DINH TRAN ("Affiant") who after being first duly sworn, deposes and says the following is true and correct based on his personal knowledge, information and belief:

1.  My name is Quan Dinh Tran. I am over the age of eighteen years and have personal knowledge of the matters set forth herein.

2.  When the money in the Q3 trading club had grown to a certain amount, the Q3 trading club retained Riveles Wahab.

3.  Riveles Wahab was retained by the informal trading club using the money from the participants/depositors in the club to work on a structure for the fund that would protect the fund and its participants.

4.  Q3 I, L.P. ("Q3I") was never meant to do anything but make Q3I's limited partners and general partner money.

5.  Michael W. Ackerman duped Q3I.

6.  Q3I was not complicit in Ackerman's scheme; neither was I nor James A. Seijas, who are the majority members of the board of managers of Q3 Holdings, LLC.

7.  Ackerman did not have any authority to act alone to bind Q3 Holdings or Q3I.

8.  I did not have access to the cryptocurrency exchange accounts opened by Ackerman at Bitfinex that held Q3I's funds.

9. I relied on Ackerman's reported profits and screenshots and believed the Q3I cryptocurrency exchange accounts were incredibly profitable, housing over $300 million at one point.

10. I had no idea that the reported profits were not real until December 2019. As soon as I realized what Ackerman did, I directed him to stop all trading and I called the authorities.

11. James Seijas was my Financial Advisor with Wells Fargo Clearing Services, LLC ("Wells Fargo Advisors").

12. I asked him about cryptocurrency investment opportunities in 2017.

13. Wells Fargo Advisor associates that worked with Seijas invested in Q3I.

14. Certain Q3I investors asked me if they could become clients of Seijas at Wells Fargo Advisors.

15. Seijas told me that he did not want Wells Fargo Advisors to be aware of his involvement with Q3I.

16. McEvoy, an employee with Taglich Brothers, was hired as the Q3I Fund Administrator.

17. We used Signature Bank to hold the fiduciary funds of Q3I's limited partners.

18. Signature Bank contacted me and expressed concern about the way that the money was being transferred out of the Q3I account.

19. It is my understanding that Q3I asked its fund administrator, McEvoy, to address Signature Bank's concern.

20. As part of that effort, it is my understanding that the Polsinelli law firm was completely comfortable with the way Q3I ran the account at Signature Bank.

21. In response to Signature Bank's inquiry about how the account was run, I responded that we were trying to reduce transaction fees and Signature Bank took no further action.

22. Gary Chadee with Brandon Accountants prepared tax returns for Q3I and Q3 Holdings.

23. The documents described in the attached "Exhibit A" are true and correct copies of said documents.

FURTHER AFFIANT SAYETH NAUGHT.

QUAN DINH TRAN

Sworn to (or affirmed) and subscribed before me by means of ☑ physical presence or ☐ online notarization, this 16th day of November, 2021 by Quan Dinh Tran.

SANDRA J. SIERRA
MY COMMISSION # GG 180321
EXPIRES: May 27, 2022
Bonded Thru Notary Public Underwriters

Print Name: Sandra J. Sierra
Commission No.: GG180321
My Commission Expires: 5/27/2022

Personally Known OR Produced Identification
Type of Identification Produced:

3

## AFFIDAVIT OF QUAN DINH TRAN

## EXHIBIT A

| Doc # | Description | Tran Aff # |
|---|---|---|
| 1 | Document type: PDF<br>Document Title: 1010_Capital_-__2.5_-_12.29.18_ FULLY EXECUTED.pdf<br>Content: Q3 I, LP Subscription Booklet executed by 1010 Capital Inc. | Tran Aff 000001 –<br>Tran Aff 000018 |
| 2 | Document Type: PDF<br>Document Title: 1010_Capital_Inc_Q3_10.2019.pdf<br>Content: Account Statement October 2019 for 1010 Capital, Inc. | Tran Aff 000019 |
| 3 | Document type: Email<br>From: Quan Tran qdtran309@yahoo.com<br>To: Ack; James Seijas; Gary A. Chadee<br>Date: January 14, 2019, 4:05 PM<br>Subject: Q3 END OF YEAR FINAL REPORT- CONFIDENTIAL DO NOT FORWARD<br>Attachments: Q3MASTERFINAL2018.xlsx; Q3 EXPENSES2018.xlsx | Tran Aff 000020 –<br>Tran Aff 000024 |
| 4 | Document type: Email<br>From: Sidd Pagidipati<br>To: Quan Tran; Steve Saunders<br>CC: Rahul Pagidipati; sandip@ayon.com; Alex Chang<br>Date: December 26, 2018, 8:49 PM<br>Subject: Fwd: Document 1: Q3 Subscription Agreement – 1010 Capital<br>Attachments:<br>Untitled attachment 00086.html; Q3-I-LP Subscription-Booklet-Final.pdf | Tran Aff 000025 –<br>Tran Aff 000043 |
| 5 | Document type: Email<br>From: qdtran309@yahoo.com<br>To: Anita Nanda<br>CC: James Seijas; Steve Saunders<br>Date: November 5, 2019 10:37 AM<br>Subject: Re: Statement | Tran Aff 000044 –<br>Tran Aff 000045 |
| 6 | Document type: Email<br>From: qdtran309@yahoo.com<br>To: woodyfsu1@gmail.com; James Seijas<br>Date: December 6, 2018, 4:40 PM<br>Subject: RE: Q3 Subscription Documents | Tran Aff 000046 |

| Doc # | Description | Tran Aff # |
|---|---|---|
| 7 | Document Type: Email<br>From: Steve Saunders<br>To: Quan Tran<br>Date: April 11, 2019, 11:34 PM<br>Subject: Also these…<br>Attachments: Pagidipati Q3 4.2019.pdf; Ayon Capital Q3 4.2019.pdf | Tran Aff 000047 – Tran Aff 000049 |
| 8 | Document type: Email<br>From: qdtran309@yahoo.com<br>To: Steve Saunders; James Seijas<br>Date: December 1, 2019, 7:51 AM<br>Subject: Dec 1 2019 SPREADSHEET – CONFIDENTIAL DO NOT FORWARD<br>Attachments: Q3 Dec 1, 2019.xlsx; Untitled attachment 00013.htm | Tran Aff 000050 – Tran Aff 000052 |
| 9 | Document type: Email<br>From: qdtran309@yahoo.com<br>To: Steve Saunders <woodyfsu1@gmail.com>; Gary A Chadee<br>Date: February 28, 2019, 7:37 AM<br>Subject: Fwd: Change for 1010 Capital;<br>Attachments: W9 – 2018.pdf; Untitled attachment 00026.html | Tran Aff 000053 – Tran Aff 000059 |
| 10 | Document type: Email<br>From: Alex Chang <alex@ayon.com><br>To: qdtran309@yahoo.com<br>CC: Steve Saunders <woodyfsu1@gmail.com>; Sidd Pagidipati<br>Date: March 14, 2019, 6:01 PM<br>Subject: Re: K-1 (2018) for Sidd re: Q3 I LP | Tran Aff 000060 |
| 11 | Document type: PDF<br>Document title: Pagidipati.Sidd_-_Q3-I-LP-PPM_-_Fee_amendment.pdf<br>Document content: Confidential Private Placement Memorandum Amendment for Sidd Pagidipati | Tran Aff 000061 |
| 12 | Document type: PDF<br>Document title: Pagidipati_Q3_4.2019.pdf<br>March 2019<br>Document Content: Account Statement March 2019 Sidd Pagidipati | Tran Aff 000062 |
| 13 | Document type: PDF<br>Document title: Quan_Tran_text_messages_to_Seijas.pdf<br>Document content: iTunes Backup Quan Tran's phone | Tran Aff 000063 – Tran Aff 001432 |

| Doc # | Description | Tran Aff # |
|---|---|---|
| 14 | Document type: Email<br>From: qdtran309@yahoo.com<br>To: Michael.ackermann@aol.com; Jaseijas<br>Date: January 11, 2018, 5:15 PM<br>Subject: Fwd: SEC requirements – Important Read | Tran Aff 001433 |
| 15 | Document type: Email<br>From: Sidd Pagidipati <sidd@phypartners.com><br>To: qdtran309@yahoo.com; James Seijas<br>Date: February 28, 2019, 7:02 AM<br>Subject: Change for 1010 Capital<br>Attachments: W9 – 2018.pdf | Tran Aff 001434 – Tran Aff 001440 |
| 16 | Document type: Email<br>From: qdtran309@yahoo.com<br>To: James Seijas<br>Date: July 9, 2019, 2:01 PM<br>Subject: Fwd: Signature Bank | Tran Aff 001441 – Tran Aff 001442 |
| 17 | Document type: Email<br>From: James Seijas <4jas310@gmail.com><br>To: DDamico@signatureny.com; qdtran309@yahoo.com; ack<br>Date: July 9, 2019, 3:11 PM<br>Subject: Q3 | Tran Aff 001443 |
| 18 | Document type: Email<br>From: Rahul Pagidipati <pagidipati@gmailcom><br>To: Seijas<br>Cc: Kislinj@gtlaw.com; qdtran309@gmail.com; Sidd Pagidipati; Alex Change; David L. Koche; Sandip Patel; sshahfcs@gmail.com; malinipatel03@gmail.com<br>Date: December 19, 2019, 9:33 PM<br>Subject: Re: Investor Update | Tran Aff 001444 |
| 19 | Document type: Email<br>From: qdtran309@yahoo.com<br>To: Michael.ackermann@aol.com; jaseijas; duhyseth@gmail.com +24 others<br>Date: January 12, 2018, 4:43 AM<br>Subject: 2018 Taxes – please respond | Tran Aff 001445 – Tran Aff 001448 |
| 20 | Document type: Email<br>From: qdtran309@yahoo.com<br>To: Michael.ackermann@aol.com; James Seijas<br>Date: February 28, 2018, 10:46 AM<br>Subject: Fwd: Crypto Sell-Off Update from Mike Ackerman sent 1/17/18 | Tran Aff 001449 – Tran Aff 001451 |

| Doc # | Description | Tran Aff # |
|---|---|---|
| 21 | Document type: Email<br>From: qdtran309@yahoo.com<br>To: Derek Waltchack<br>Date: August 16, 2019, 2:37 PM<br>Subject: Re: Q3 cryptocurrency fund<br>Attachments: www.shanwalt.com.png | Tran Aff 001452 –<br>Tran Aff 001477 |
| 22 | Document type: Email<br>From: qdtran309@yahoo.com<br>To: D'Amico, David<br>Date: October 3, 2019, 10:27 AM<br>Subject: Re: Signature Bank | Tran Aff 001478 –<br>Tran Aff 001480 |
| 23 | Document type: Email<br>From: qdtran309@yahoo.com<br>To: Adam Braden<br>Date: January 10, 2018, 9:14 AM<br>Subject: Re: Crypto informational sheet | Tran Aff 001481 –<br>Tran Aff 001483 |
| 24 | Document type: Email<br>From: qdtran309@yahoo.com<br>To: Andyjwalter <andyjwalter@gmail.com><br>Date: January 12, 2018, 4:34 AM<br>Subject: Re:  Welcome to Q3 Crypto-please respond | Tran Aff 001484 –<br>Tran Aff 001486 |
| 25 | Document type: Email<br>From: qdtran309@yahoo.com<br>To: Jason <jasonsoch@gmail.com><br>Date: June 18, 2018, 9:08 PM<br>Subject: Re: Additional Q3 funding | Tran Aff 001487 |
| 26 | Document type: Email<br>From: qdtran309@yahoo.com<br>To: Andyjwalter <andyjwalter@gmail.com><br>Date: July 6, 2018, 10:21 PM<br>Subject: Re: June 2018 Q3 spreadsheet | Tran Aff 001488 –<br>Tran Aff 001489 |
| 27 | Document type: Email<br>From: Steve Saunders <woodyfsu1@gmail.com><br>To: Sandip Patel<br>CC: Quan Tan<br>Date: December 18, 2018, 10:15 PM<br>Subject: Re; Amendment to PPM<br>Attachments: Ayon Capital – Q3-I-LP-PPM – Fee amendment.pdf; Pagidipati.Sidd – Q3-I-LP-PPM-Fee agreement.pdf | Tran Aff 001490 –<br>Tran Aff 001492 |

| Doc # | Description | Tran Aff # |
|---|---|---|
| 28 | Document type: Email<br>From: Sidd Pagidipati sidd@phypartners.com<br>To: Quan Tran; Steve Saunders<br>CC: Rahul Pagidipati; sandip@ayon.com; Alex Chang<br>Date: December 26, 2018, 8:49 PM<br>Subject: Fwd: Document 1: Q3 Subscription Agreement – 1010 Capital<br>Attachments: No name.att; Q3-I-LP-Subscription-Booklet-FINAL.pdf | Tran Aff 001493 – Tran Aff 001511 |
| 29 | Document type: Email<br>From: Alex Chang alex@ayon.com<br>To: qdtran309@yahoo.com<br>CC:  Sidd Pagidipati<br>Date: March 14, 2019, 5:39 PM<br>Subject: K-1 (2018) for Sidd re: Q3 I LP | Tran Aff 001512 |
| 30 | Document type: Email<br>From: qdtran309@yahoo.com<br>To: Gary A. Chadee<br>Date: June 20, 2017, 9:45 AM<br>Subject: Fwd: CRYPTO SHEET 06-19-17<br>Attachments: CRYPTO SPREADSHEET.xlsx | Tran Aff 001513 – Tran Aff 001530 |
| 31 | Document type: Email<br>From: qdtran309@yahoo.com<br>To: Sandip Patel<br>CC: Alex Chang, Rahul Pagidipati, Sidd Pagidipati; Michael.ackermann@aol.com; Sidd Pagidipati; James Seijas<br>Date: March 7, 2018, 2:40 PM<br>Subject: Re: Conference | Tran Aff 001531 |
| 32 | Document type: Email<br>From: Sidd Pagidipati sidd@phypartners.com<br>To: Quan Tran<br>Date: February 28, 2019, 7:05 AM<br>Subject: 500 | Tran Aff 001532 |
| 33 | Document type: Text message IMG<br>From: Sidd Pagidipati <+17272354040><br>To: +19083916649; +17272354040; <imessage;+;chat54113121990425257><br>Remote party: +19083916649; +17272354040<br>Time Stamp: 6/27/2019 9:39 PM (UTC) | Tran Aff 001533 |
| 34 | Document type: PDF<br>Document title: W9  - 2018.pdf | Tran Aff 001534 – Tran Aff 001539 |