# Exhibit 1

| | |
|---|---|
| **From:** | Gizzarelli, Jason |
| **To:** | Paul Thanasides; Hayeck, Paul G.; Marsh, Luke B |
| **Cc:** | Christa Queen-Sutherland |
| **Subject:** | RE: [EXTERNAL] RE: Ackerman plea and forfeiture order |
| **Date:** | Wednesday, September 22, 2021 3:33:00 PM |
| **Attachments:** | image001.png |
| | image002.png |

Paul,

If the CFTC files a renewed motion for default judgment against Q3I we will provide the Liquidating Agent of Q3I (c/o you) notice.

Jason

---

**From:** Paul Thanasides <paul@mcintyrefirm.com>
**Sent:** Wednesday, September 22, 2021 3:21 PM
**To:** Gizzarelli, Jason <jgizzarelli@CFTC.gov>; Hayeck, Paul G. <phayeck@CFTC.gov>; Marsh, Luke B <LMarsh@CFTC.gov>
**Cc:** Christa Queen-Sutherland <christa@mcintyrefirm.com>
**Subject:** [EXTERNAL] RE: Ackerman plea and forfeiture order

**CAUTION**: This email originated from outside of CFTC. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you believe this is SPAM simply block sender and delete the email. If you suspect this to be a phishing attempt, please use the "Report Phishing" button on your Outlook menu bar.

---

Gentlemen,

Can you all please confirm that you have agreed to let the Liquidating Agent of Q3I (c/o me) know if the CFTC files a renewed motion for default judgment against Q3I, so I can relieve my staff of the obligation of checking the docket every day, while we try to resolve the issues we are discussing? If we decide that we cannot resolve the issues informally, the Liquidating Agent will just appear or cause Q3I to appear, so then you don't have to worry about separate notice, it would be sent to the attorney who appears by CM/ECF.

Paul

Paul Thanasides
paul@mcintyrefirm.com
cell: 813.412.0393

**MCINTYRE THANASIDES**

500 E. Kennedy Blvd., Suite 200
Tampa, Florida 33602
main: 813.223.0000
fax: 813.225.1221

www.mcintyrefirm.com



Tampa | Sarasota | Lakeland

This e-mail transmission, including any attachments, contains information that may be confidential and/or privileged. The information is intended to be for the use of the individual or entity to whom the communication is addressed. If you have received this electronic transmission in error, please immediately notify us by telephone at 813.223.0000.

**From:** Paul Thanasides
**Sent:** Wednesday, September 22, 2021 1:21 PM
**To:** jgizzarelli@CFTC.gov; phayeck@CFTC.gov; LMarsh@CFTC.gov
**Cc:** Christa Queen-Sutherland <christa@mcintyrefirm.com>
**Subject:** Ackerman plea and forfeiture order

Jason, Paul, and Luke,

As requested, attached are the Ackerman documents from the DOJ and below is the message from Jessica showing that the plea was entered and accepted on Sep. 8. Thank you for your time on the phone today.

Paul

Paul Thanasides
paul@mcintyrefirm.com
cell: 813.412.0393

McINTYRE THANASIDES

500 E. Kennedy Blvd., Suite 200
Tampa, Florida 33602
main: 813.223.0000
fax: 813.225.1221
www.mcintyrefirm.com

Tampa | Sarasota | Lakeland



This e-mail transmission, including any attachments, contains information that may be confidential and/or privileged. The information is intended to be for the use of the individual or entity to whom the communication is addressed. If you have received this electronic transmission in error, please immediately notify us by telephone at 813.223.0000.

**From:** Greenwood, Jessica (USANYS) <Jessica.Greenwood@usdoj.gov>
**Sent:** Wednesday, September 8, 2021 11:19 AM
**To:** Christa Queen-Sutherland <christa@mcintyrefirm.com>; Paul Thanasides <paul@mcintyrefirm.com>
**Cc:** Olsen, Wendy (USANYS) <Wendy.Olsen@usdoj.gov>; Swett, Sebastian (USANYS) <Sebastian.Swett@usdoj.gov>

**Subject:** RE: Bitfinex documents and victims statements

Hi Christa and Paul,

After some delay, Mr. Ackerman pled guilty this morning. Attached are his plea agreement and a consent forfeiture order, which the Court entered orally on the record. Sentencing has been scheduled for January 5, 2022 at 2:00 p.m. The Court will post dial-in information on the docket, and we will reach out in advance to see if your clients would like to make any victim statements and also to gather information for the restitution order.

Jessica

Jessica Greenwood
Assistant United States Attorney
(212) 637-1090