UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL ACKERMAN and Q3 HOLDINGS, LLC,<br><br>　　　　　　　Defendants. | Case No.: 1:20-cv-01183-NRB |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT Q3 HOLDINGS, LLC

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Commodity Futures Trading Commission hereby voluntarily dismisses Defendant Q3 Holdings, LLC, from the above-captioned action *without prejudice.*

Dated: June 5, 2023

Respectfully submitted,

By: _____s/Jason Gizzarelli_____
Jason Gizzarelli (admitted *pro hac vice*)
Jonah E. McCarthy (S.D.N.Y. Bar No. JM1977)
Paul G. Hayeck
COMMODITY FUTURES TRADING COMMISSION
Division of Enforcement
1155 21st Street, NW
Washington, DC 20581
Telephone: (202) 262-6965 (Gizzarelli direct)
jmccarthy@cftc.gov
phayeck@cftc.gov

*Attorneys for Plaintiff*