UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>  Plaintiff,<br><br>  -against-<br><br>MICHAEL ACKERMAN,<br><br>  Defendant. | Case No.: 1:20-cv-01183-NRB<br><br>**Certificate of Service** |

This is to certify that I have on this day electronically filed the following document using the CM/ECF system:

1. **[Proposed]** *Final Judgement By Default, Permanent Injunction, Civil Monetary Penalty, and Other Statutory and Equitable Relief Against Defendant Michael Ackerman*

and that I have served the following non-CM/ECF participant by mail at the following addresses:

Michael Ackerman
3875 East Lake Road
Sheffield Lake, OH 44054

Dated: June 8, 2023

COMMODITY FUTURES TRADING COMMISSION

/s/ Jason Gizzarelli
Jason Gizzarelli (*pro hac vice*)
1155 21st Street, N.W., Washington, DC 20581
Telephone: (202) 418-5000
Facsimile: (202) 818-3179
jgizzarelli@cftc.gov